(December 10, 1970)

WILLIAM H. LATTIMORE, JR., Individually and as Administrator of the Estate of MARGUERITE G. LATTIMORE, Deceased, Appellant, v. DOMINICK FALCONE, Respondent.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.